# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 140 |
| | : | |
| AMENDMENT OF RULE | : | DISCIPLINARY RULES |
| 219 OF THE PENNSYLVANIA | : | |
| RULES OF DISCIPLINARY | : | DOCKET |
| ENFORCEMENT | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for public comment in the Pennsylvania Bulletin, 46 Pa.B. 978 (February 27, 2016):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 219 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days. The amendments relating to mandatory electronic registration shall be applicable beginning with the 2016-2017 assessment year.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets